■ In the Matter of LUTHA McGIBBONEY, Petitioner, v SHELDON GREENBERG, as Justice of the Supreme Court of the State of New York, et al., Respondents. [748 NYS2d 869]

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569; *see Matter of Rush v Mordue,* 68 NY2d 348, 352). The petitioner has failed to demonstrate a clear legal right to the relief sought. Altman, J.P., Florio, Smith and Rivera, JJ., concur.

■ In the Matter of JASON B. NICHOLAS, Appellant, v BRION TRAVIS, Respondent. [748 NYS2d 70]

The determination under review was made in accordance with the law and was not irrational (*see Matter of Silmon v Travis,* 95 NY2d 470, 476; *Matter of Thomas v New York State Div. of Parole,* 286 AD2d 393; *Matter of Walker v Travis,* 252 AD2d 360; *Matter of Carrion v New York State Bd. of Parole,* 210 AD2d 403).

The petitioner's remaining contentions are without merit. Ritter, J.P., Santucci, Goldstein and Mastro, JJ., concur.